PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>2021 DODGE DURANGO UTILITY SRT HELLCAT, VIN: 1C4SDJH99MC757148, LICENSE NUMBER: 8YGP548,<br><br>　　　　Defendant. | 2:24-CV-02605-DJC-SCR<br><br>FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Request for Final Judgment of Forfeiture filed herein, the Court finds:

1.　　This is a civil action *in rem* against defendant 2021 Dodge Durango Utility SRT Hellcat, VIN: 1C4SDJH99MC757148, License Number: 8YGP548 (hereafter "defendant vehicle") seized on or about  May 12, 2022.

2.　　The defendant vehicle is registered to Joseph Lee Edward Wright.

3.　　A Verified Complaint for Forfeiture *In Rem* was filed on September 25, 2024 (hereafter "Complaint").  The Complaint alleged that the defendant vehicle is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and 881(a)(6).

4.　　On October 15, 2024, the Clerk issued a Warrant for Arrest for the defendant vehicle, and that warrant was executed on October 25, 2024.

Final Judgment of Forfeiture

5. Beginning on October 17, 2024, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on December 13, 2024.

6. In addition to the public notice on the official internet government forfeiture site, www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

    a. Joseph Lee Edward Wright

7. No parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

8. On November 13, 2023, pursuant to a Stipulation for Consent Judgment of Forfeiture, potential claimant Sukhmanpreet Jawanda agreed to forfeit all of his right, title, and interest in the defendant vehicle pursuant to 21 U.S.C. §§ 881(a)(4) and 881(a)(6), to be disposed of according to law.  That Stipulation is attached as Exhibit A to the Request for Final Judgment of Forfeiture filed herein.

9. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Joseph Lee Edward Wright on December 30, 2024.  Pursuant to Local Rule 540, the United States requests that, as a part of this Final Judgment of Forfeiture, the Court enter a default judgment against the interest, if any, of Joseph Lee Edward Wright without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. That judgment is hereby entered against potential claimants Sukhmanpreet Jawanda and Joseph Lee Edward Wright and all other potential claimants who have not filed claims in this action.

2. All right, title, and interest of Sukhmanpreet Jawanda and Joseph Lee Edward Wright in the 2021 Dodge Durango Utility SRT Hellcat, VIN: 1C4SDJH99MC757148, License Number: 8YGP548 shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and 881(a)(6), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, the U.S. Marshals Service (or a designee) shall sell the defendant vehicle in the most commercially feasible manner and shall pay any legitimate liens.  The United States may pay any such lien or encumbrance at its sole discretion.

4. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant vehicle.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture of the defendant vehicle, as well as to those now known or disclosed.  Sukhmanpreet Jawanda waived the provisions of California Civil Code § 1542.

5. All parties are to bear their own costs and attorneys' fees.

6. The U.S. District Court for the Eastern District of California, Hon. Daniel J. Calabretta, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 6th day of January, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE